**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL JACOBY, ) <br> ) <br> Defendants. ) <br> _____ ) | **CRIMINAL ACTION** <br><br> **No. 10-cr-00502-KHV** |

## ORDER TO RESTRAIN ASSETS

Pursuant to 21 U.S.C. § 853(e), the Court **ORDERS** that the following assets shall not be sold, transferred, dissipated, encumbered, alienated, assigned, pledged or otherwise disposed of by any person or entity, including Michael Jacoby, Cherri Kessler or the United States Government, prior to the Court's final determination concerning forfeiture of such assets:

a. 2008 Chevrolet Silverado, VIN 1GCHK23688F156112, currently titled in the name of Cherri Kessler;

b. 2007 Cadillac Escalade, VIN 1GYFK63847R165669, currently titled in the name of Cherri Kessler;

c. 2003 Trailer, VIN 48BTE19283B032153, currently titled in the name of Cherri Kessler;

d. 2005 Trailer, VIN 4PVES20275E021280, currently titled in the name of Cherri Kessler;

e. 903 Graham Avenue, in Eau Claire, Wisconsin, currently owned by Michael Jacoby;

f. W7565 State Highway 95, in Neilsville, Wisconsin, currently owned by Michael Jacoby;

g. 1450 Marion Street, in Georgetown, Colorado, currently owned by Michael Jacoby;

h. 325 15th Street, in Georgetown, Colorado, currently owned by Michael Jacoby;

i. 1475 Main Street, in Georgetown, Colorado, currently owned by Michael Jacoby;

j. Vacant Land known as Tract A, Chatridge Court, in Douglas County, Colorado, currently owned by Michael Jacoby;

k. LPL Financial Account Number 73787962, held in the name of Michael Jacoby;

l. LPL Financial Account Number 53472550, held in the name of Michael Jacoby; and

m. LPL Financial Account Number 10813307, held in the name of Michael Jacoby.

Dated this 1st day of November, 2012 at Denver, Colorado.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge
